42,820-02

Mr Sean E. Williams #798886
9601 Spur 591 B. Clem. Unit
Amarillo, Tx. 79107


February 22, 2015


Clerk,
Court of Criminal Appeals
P.O Box 12308 Capital Station
Austin, Texas 78711

Cause # 42,723

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 02 2015

Abel Acosta, Clerk

Re: Cost of obtaining copies of letter sent to Troy C. Bennett ReGarding the death-Penalty back in either 1999 or 2000; along w/ copies of the money order sent to your office on my behalf by my mother.


Dear Clerk,

I don't know the exact dates. However back in either 1999, or 2000 I wrote Mr Bennett concerning my interest in finding out if the State was seeking the death-Penalty for Cause # 42,723 where I was charged w/ Capital Murder.

pg 1

In his reply letter he informed me that the State was not seeking the death-penalty. and instructed me w/ the steps I needed to take to obtain copies of the document (Non-death-penalty Election). I then had my family send your office a money order on my behalf. To cover the cost of obtaining copies.

It is my desire to obtain copies of the letter I sent to your office initially regarding the death penalty itself and copies of Mr Bennell's reply ~ along w/ a copy of the money itself.

I understand there may be a cost of obtaining copies. I will gladly have my family forward you the cost on my behalf.

Respectfully,

D. Evon Wms.